IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE EDWARD STOKES, JR.**                                                                    **PLAINTIFF**
**ADC #128987**

v.                                         No. 4:22-CV-00966-LPR

**JAMES HOOT GIBSON**                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE